## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POWER CORPORATION                        :
OF CANADA, a Canadian corporation,       :
                                         :
                Plaintiff,               :
                                         :        Civil Action No. 4:09-cv-00510
        v.                               :        (Judge Conner)
                                         :
Power Financial, JOHN DOES 1-10          :
(fictitious names), ABC Corporations 1-10 :
(fictitious names),                      :
                                         :
                Defendants.              :

### AFFIDAVIT OF SERVICE

I, Jeffrey S. Edwards, being duly sworn, do hereby affirm and state that I am

counsel of record for plaintiff, and that pursuant to Federal Rule of Civil Procedure 4(l)(1) and

the Court's Order dated April 13, 2009 permitting service of original process upon the

defendants by electronic mail, I state that a true and correct copy of the Complaint, Summons,

Cover Sheet, and the Court's April 13 Order were served upon defendants via electronic mail at

the address support@powerfinloans.com on April 14, 2009, in the above-captioned matter.

Jeffrey S. Edwards
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone:+1  215  994  2104
Facsimile: +1  215  665  2104

Sworn to and subscribed
before me this ___6⁷²___ day
of May 2009.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
VINCENT J. GRANDINETTI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 28, 2009